**Shahean JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 81589.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 29, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 26, 2003.

Gwenda R. Robinson, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Patrick T. Morgan, Jefferson City, MO, for
respondent.

Before MARY R. RUSSELL, P.J.,
CLIFFORD H. AHRENS, J., and
BOOKER T. SHAW, J.

### *ORDER*

PER CURIAM.

Shahean D. Jones ("Jones") appeals
from the motion court's judgment denying
his postconviction motion without an evi-
dentiary hearing because his trial counsel
was ineffective for failing to call his mother
and brother to testify about the victim's
alleged aggressive nature. Jones was con-
victed of one count of murder in the first
degree in violation of Section 565.020,
RSMo 1994, and one count of armed crimi-
nal action in violation of Section 571.015,
RSMo 1994, for shooting and killing the
victim.

We have reviewed the briefs of the par-
ties and the record on appeal. The motion
court's findings of fact and conclusions of
law are not clearly erroneous pursuant to
Rule 29.15(k). No precedential or juris-
prudential purpose would be served by an
opinion reciting the detailed facts and re-
stating the principles of law. The judg-
ment is affirmed pursuant to Rule 84.16(b).
The parties have been provided with a
memorandum for their information only,
setting forth the reasons for this order
affirming the judgment.